# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| OMAR ARNOLD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-2398-KOB-MHH |
| ) | |
| WARDEN ESTETS, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

The magistrate judge filed a report and recommendation on September 6, 2013, recommending that the court deny Mr. Arnold's motion to amend his habeas petition because AEDPA's one-year statute of limitations bars his new claims. (Doc. 10). The parties had fourteen days from the entry of the report and recommendation in which to file objections. The parties did not file objections.

The court carefully reviewed and considered *de novo* all the materials in the court's file, including the magistrate judge's report and recommendation. The court ADOPTS the magistrate judge's report and recommendation and ACCEPTS her recommendation. Accordingly, the court DENIES Mr. Arnold's motion to amend his habeas petition. (Doc. 8).

The court DIRECTS the Clerk to mail a copy of this Order to Mr. Arnold.

**DONE** and **ORDERED** this 26th day of September, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE